# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 7, 2014

## NO. 03-14-00449-CV

**McLane Company, Inc. and David Fuentes, Appellants**

**v.**

**Ericka Huerta and Erin Chavez, Appellees**

## APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
## DISMISSED

This is an appeal from the order signed by the probate court on July 1, 2014. Having reviewed the record, the Court agrees that this appeal should be consolidated into appellate cause number 03-14-00481-CV and that this appellate cause should be dismissed. Therefore, the Court consolidates these appellate causes, transfers all the records and filings in this cause number to appellate cause number 03-14-00481-CV, and dismisses appellate cause number 03-14-00449-CV. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.